FILED
July 15, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HEIDY ISABEL TORRES LOPEZ,

    Defendant.

Case No. 2:22-mj-00100-DB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  HEIDY ISABEL TORRES LOPEZ , Case No.  2:22-mj-00100-DB  Charge 21 USC § 846, 841(a)(1) , from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

      X    Unsecured Appearance Bond $  25,000.00

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    _____ (Other):

Issued at Sacramento, California on July 15, 2022, at 3:40 PM.

By: _____
Magistrate Judge Allison Claire